IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 07-cr-00352-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JULIA STUBBS,

    Defendant.

_____

**ORDER**
_____

On August 29, 2014, the defendant was sentenced in this matter. This order will confirm that part of her sentence is a sentence of time served.

DATED August 29, 2014.

                BY THE COURT:

                s/Philip A. Brimmer
                PHILIP A. BRIMMER
                United States District Judge